Exhibit "1"

Filing # 124161827 E-Filed 04/01/2021 10:59:09 AM

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT, IN AND
FOR PALM BEACH, FLA.

CASE NO.:

LISA DAYAN

        Plaintiff,

vs.

HOBBY LOBBY STORES INC, a foreign
Corporation, and BRYAN HERNANDEZ, as store manager,

        Defendants.
_____/

## COMPLAINT

The Plaintiff, LISA DAYAN, individually, by and through undersigned counsel, sues the Defendant, HOBBY LOBBY STORES INC, a foreign corporation authorized to do business in the State of Florida, and BRYAN HERNANDEZ, as store manager, and alleges:

1. This is an action for damages that exceeds Fifteen Thousand Dollars ($30,000.00).

2. That at all times material hereto, the Plaintiff, LISA DAYAN, was and individual residing in Palm Beach County, Florida, over the age of 18 years old and Sui juris.

4. That at all times material hereto, the Defendant, HOBBY LOBBY STORES INC was and is a foreign corporation authorized to do business and doing business in the State of Florida and is subject to jurisdiction in Florida as it has committed a tort in Florida.

4. At all times material hereto, the Defendant, BRYAN HERNANDEZ, was an individual residing in Palm Beach County, Florida

5. That on or about August 25th, 2020, Defendant, HOBBY LOBBY STORES INC, owned, maintained and/or controlled of a Hobby Lobby store located at , 21759 State Road #7,

Boca Raton, FL Boca Raton, in Palm Beach County, Florida.

6. At all times material hereto, the Defendant, BRYAN HERNANDEZ, managed the said Hobby Lobby store.

7. On said date, Plaintiff, LISA DAYAN, was an invitee of Defendant's store as she was on Defendant's premises to shop.

8. On said date, Plaintiff was caused to slip and fall as a result of water that leaked from an air conditioner vent at the Defendant's store.

## COUNT I- NEGLIGENCE AGAINST HOBBY LOBBY STORES INC

The Plaintiff readopts and realleges each and every allegation contained in paragraphs 1 through 8 as if they were fully set forth herein, and further alleges:

9. That, at all times material hereto, the Defendant, HOBBY LOBBY STORES INC, was negligent in the maintenance of the aforesaid store, allowing water to accumulate on the floor in their store.

10. Defendant owed Plaintiff a duty to warn of known dangers on their premises.

11. Defendant owed Plaintiff a duty to maintain their premises in a safe condition for patrons.

12. That the Defendant HOBBY LOBBY STORES INC., had actual notice of the condition and yet failed to remedy the area.

13. The condition existed for a period of time for the Defendant to have constructive notice.

14. Defendant breached their duty to Plaintiff by failing to warn the Plaintiff of a known danger.

2

15. Defendant breached their duty to Plaintiff by failing to maintain the premises in a condition reasonably safe for patrons.

16. That as a direct and proximate result of the negligence of the Defendant, that Plaintiff, LISA DAYAN, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment and aggravation of a previously existing condition. Plaintiff has in the past undergone and will in the future undergo painful and extensive medical care and treatment and the injuries so complained of are permanent in nature.

17. That as a further direct and proximate result of the negligence of the Defendant, HOBBY LOBBY STORES INC as aforesaid, the Plaintiff, LISA DAYAN, has in the past sustained and will in the future sustain loss of earnings and earning capacity.

WHEREFORE, Plaintiff, LISA DAYAN, demands judgment for damages against the Defendants, HOBBY LOBBY STORES INC and BRYAN HERNANDEZ; and further demands a trial by jury of all triable issues.

### COUNT I- NEGLIGENCE AGAINST BRYAN HERNANDEZ

The Plaintiff readopts and realleges each and every allegation contained in paragraphs 1 through 8 as if they were fully set forth herein, and further alleges:

18. That, at all times material hereto, the Defendant, BRYAN HERNANDEZ, was negligent in the maintenance of the aforesaid store, allowing water to accumulate on the floor in which he was vested with the responsibility of protecting invitees to Hobby Lobby store.

19. The Defendant, BRYAN HERNANDEZ, as manager of the store identified in paragraph 6, owed the Plaintiff a duty to maintain their premises in a safe condition for patrons.

20. Defendant, BRYAN HERNANDEZ, owed Plaintiff a duty to warn of known dangers on their premises.

21. That the Defendant, BRYAN HERNANDEZ, had actual notice of the condition and yet failed to remedy the area.

22. The condition existed for a period of time for the Defendant to have constructive notice.

23. Defendant breached his duty to Plaintiff by failing to warn the Plaintiff of a known danger.

24. Defendant breached their duty to Plaintiff by failing to maintain the premises in a condition reasonably safe for patrons.

25. That as a direct and proximate result of the negligence of the Defendant, that Plaintiff, LISA DAYAN, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment and aggravation of a previously existing condition. Plaintiff has in the past undergone and will in the future undergo painful and extensive medical care and treatment and the injuries so complained of are permanent in nature.

26. That as a further direct and proximate result of the negligence of the Defendant, BRYAN HERNANDEZ as aforesaid, the Plaintiff, LISA DAYAN, has in the past sustained and will in the future sustain loss of earnings and earning capacity.

WHEREFORE, Plaintiff, LISA DAYAN, demands judgment for damages against the Defendants, HOBBY LOBBY STORES INC and BRYAN HERNANDEZ; and further demands a trial by jury of all triable issues.

Dated: 04/01/2021

SCOTT T. KIMMEL, PA
Attorney for Plaintiff
7301 W. Palmetto Park Rd. # 204-A
Boca Raton, FL 33433
Telephone: (954) 426-0000
Fax: (954) 427-8600

By: *Scott T. Kimmel*
SCOTT T. KIMMEL, ESQUIRE
Florida Bar No: 970761

NOT A CERTIFIED COPY